# United States Court of Appeals for the Federal Circuit

---

**ERRATA**

March 9, 2012

---

2010-1280

ALDEN LEEDS INC.,
*Plaintiff-Appellee,*

**v.**

UNITED STATES
*Defendant-Appellant.*

Appealed from the United States Court of International Trade in case No. 09-CV-0476, Judge Richard K. Eaton.

---

Decided:  March 8, 2012
Nonprecedential Opinion

---

Please make the following change:

Page 1, change "Arlene Pianko Groner, argued for defendant-appellant" to "Barbara S. Williams".